## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MICHAEL KILMON, et al.,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | NO. MO:17-CV-099-DC |
| | § | |
| **SAULSBURY INDUSTRIES, INC.,** | § | |
| *Defendant*. | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

BEFORE THE COURT is Plaintiff Michael Kilmon's, on behalf of himself and on behalf of the individuals who have filed consents to join this lawsuit as Plaintiffs, Unopposed Motion for Approval of Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice. (Doc. 121). According to the Motion, Plaintiffs and Defendant Saulsbury Industries, Inc. have agreed to settle the claims in this lawsuit and have entered into a confidential written settlement agreement (the Settlement). *Id.* at 2. Plaintiffs also filed a related Motion to File Settlement Agreement Under Seal—attaching the Settlement for the Court to review. (Doc. 122, 122-1). Consequently, the parties jointly request the Court enter an order approving the Settlement and a final order dismissing the lawsuit with prejudice, including all claims. (Doc. 121 at 4). Plaintiffs further request leave to file the Settlement under seal. (Doc. 122).

In the interest of encouraging settlement negotiations and out of respect to the agreed terms of confidentiality in the parties' Settlement, the Court **GRANTS** Plaintiffs' Motion to File Settlement Agreement Under Seal. (Doc. 122). Accordingly, the Court **ORDERS** the Clerk of the Court to docket the attached Settlement under seal. (Doc. 122-1).

Further, the Court has reviewed the Settlement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. *Id*. Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Therefore, the Court **GRANTS** the Unopposed Motion for Approval of Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice and **APPROVES** the Settlement. (Docs. 121, 122-2).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, with costs of court and attorney's fees being assessed against the party incurring same, except as otherwise provided in the Settlement.

It is so **ORDERED**.

SIGNED this 7th day of March, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE